Ivory TALIFERRO, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 52587.

Missouri Court of Appeals,
Western District.

Aug. 20, 1996.

James C. Cox, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, David G. Brown, Assistant Attorney General, for respondent.

Before ELLIS, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

***ORDER***

**PER CURIAM:**

Ivory Taliferro appeals the dismissal of his Rule 24.035 motion for post-conviction relief because the motion was filed out of time.

Judgment affirmed.   Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Lewis A. ROGERS, Appellant.

Lewis A. ROGERS, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 49882, WD 51710.

Missouri Court of Appeals,
Western District.

Aug. 20, 1996.

David Simpson, Asst. Public Defender, Columbia, for Appellant.

Jeremiah (Jay) Nixon, Attorney General, Fernando Bermudez, Assistant Attorney General, Jefferson City, for Respondent.

Before ELLIS, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

***ORDER***

PER CURIAM.

Lewis Rogers appeals his conviction of possession of a controlled substance in a correctional facility, saying his motion to represent himself *pro se* should have been granted.

The judgments are affirmed, because 1) no issues pertaining to the denial of the Rule 29.15 motion are presented, and 2) the motion for *pro se* representation was not unequivocal and was not timely.   Rules 84.16(b) and 30.25(b).